JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        ned_smock@fd.org

Counsel for Defendant CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24-445 SI |
| Plaintiff, | **STATUS REPORT REGARDING BUSINESS CLOSURE** |
| v. | |
| FUTSENG DALE CHEN SEALOGIC INTERNATIONAL, | |
| Defendants. | |

      On December 27, 2024 a hearing was convened following the government's filing of a motion to revoke defendant's bond (ECF No. 19). At that hearing the defense notified the Court that Mr. Chen is taking steps to close his business. The Court set today for the parties to file a status report regarding Mr. Chen's progress towards closing his business.

      Mr. Chen is no longer engaging in the purchase or sale of fish. He has retained an attorney to assist him in taking steps to close the business and plans are in place for him to complete that process. Mr. Chen has already sold all remaining stock of fish. He is providing his attorney with information about all debts and creditors. It is expected that the attorney will be able to file the

STATUS REPORT
*United States v. Chen,* CR 24-445 SI

necessary dissolution paperwork with the Secretary of State, along with notices to creditors, this week. Mr. Chen will work with his accountant to file his final tax return as soon as his accountant is able to do so (this is expected to be February or March since the tax year just ended). Mr. Chen will also seek to liquidate any remaining equipment prior to vacating his warehouse, but must first notify a lienholder of his intent to do so.

      In light of Mr. Chen's progress and the additional steps he will be taking, the parties suggest submitting a further status report to the Court on February 26, 2025. Should the government become aware of any developments that raise concerns in the interim, it will notify the Court at that time.

| | |
|---|---|
| January 13, 2025<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>DAVID WARD<br>Assistant United States Attorney |
| January 13, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>NED SMOCK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| _____<br>Dated | _____<br>HON. LISA J. CISNEROS<br>United States Magistrate Judge |